Rec'd
5-30-06
MHZ

### IN THE CIRCUIT COURT OF
### RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| **CHRISTIE A. TURNER** ) | |
|       **PLAINTIFF** ) | |
| ) | |
| **VS.** ) | **CASE NO. CV 06-_080_** |
| ) | |
| **LIFE INVESTORS INSURANCE** ) | |
| **COMPANY OF AMERICA** ) | |
|       **DEFENDANT** ) | |

Filed in Office

MAY 2 3 2006

KIM S BENEFIELD
Clerk of Circuit Court

### CIVIL SUMMONS

NOTICE TO:   Life Investors Insurance Company of America
P.O. Box 36580
Louisville, KY 40233-6580

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY, CHAD LEE, WHOSE ADDRESS IS POST OFFICE BOX 699, WEDOWEE, ALABAMA, 36278.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

---

*TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE:*
    You are hereby commanded to serve this Summons and a copy of the Complaint in this action upon the defendant.
_X_ SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF PLAINTIFF PURSUANT TO THE ALABAMA RULES OF CIVIL PROCEDURE.

5-23-06
Date                                                                    Clerk

Certified mail is hereby requested.
                                                                        Chad Lee

---

RETURN OF SERVICE
____ Return receipt of certified mail in this office on _____.
____ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama, on _____.
Type of Process Server and
Address:_____


EXHIBIT A

IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| CHRISTIE A. TURNER ) | |
| PLAINTIFF ) | |
| ) | |
| vs. ) | CASE NO. CV 06-____ |
| ) | |
| LIFE INVESTORS INSURANCE ) | |
| COMPANY OF AMERICA ) | |
| DEFENDANT ) | |

Filed in C...

MAY 2 3 2006

KIM S. BENE...
Clerk of C...

## COMPLAINT

Plaintiff Christie A. Turner submits the following facts as a basis for the relief requested in this complaint.

## STATEMENT OF FACTS

1. Plaintiff Christie A. Turner is a resident citizen of Randolph County, Alabama.

2. Defendant Life Investors Insurance Company of America does business by agent in Randolph County, Alabama, and is subject to the jurisdiction of the Circuit Court of Randolph County, Alabama.

3. At all times pertinent herein, the Plaintiff was insured by a insurance policy, policy number 00E897864C, or other appropriate policy number, that provided benefits for radiation therapy and chemotherapy.

4. Plaintiff Christie Turner was required to undergo medically necessary cancer treatments, including chemotherapy treatment.

5. The Plaintiff's doctor prescribed the use of a drug called Neulasta in the administration of the chemotherapy.

6. The Defendant's policy that insured the Plaintiff provided that it would pay for chemotherapy and its administration.

7. The Plaintiff fulfilled all conditions precedent of the insurance contract.

8. The Defendant has failed to honor its obligations required by the insurance policy, including but not necessarily limited to payment for the Neulasta use in the administration of the chemotherapy treatment.

## COUNT ONE
## BREACH OF CONTRACT

1. Plaintiff incorporates the statement of facts above as Paragraph one of this count.

2. The Defendant has breached the contract and insurance policy by failing and refusing to pay for the Neulasta used in administration of chemotherapy.

3. As a result of the breach of contract by the Defendant, the Plaintiff was caused to suffer the following injuries and damage:

a) She has incurred the charge and expense for the Neulasta

b) She has suffered mental anguish and emotional distress as a result of her treatment by the Defendant.

**WHEREFORE,** Plaintiff Christie Turner demands judgment against the Defendant for all sums she may be entitled to under the pleadings and proof contained herein.

## COUNT TWO
## BAD FAITH

1. Plaintiff incorporates the statement of facts and count one above as Paragraph one of this count.

2. The Defendant has in bad faith failed to adequately investigate the Plaintiff's claims for payment for the Neulasta.

3. The Defendant has in bad faith failed and refused to pay for the Neulasta administered to the Plaintiff when it had no justifiable or arguable reason for such refusal.

4. As a result of the bad faith of the Defendant, the Plaintiff has been caused to suffer the following injuries and damages.

   a) She has incurred the cost and expense and been charged for Neulasta.

   b) She has suffered mental anguish and emotional distress as a result of her treatment by the Defendant.

   c) The bad faith of the conduct of the Defendant makes it liable for punitive damages.

**WHEREFORE**, Plaintiff demands judgment against the Defendant for all sums she may be entitled to under the pleadings and proof contained herein, including compensatory and punitive damages.

_____
Chad Lee, Attorney for Plaintiff
P.O. Box 966
Wedowee, AL 36278
(256) 357-4800


Plaintiff demands trial by struck jury.

_____
Chad Lee, Attorney for Plaintiff
P.O. Box 966
Wedowee, AL 36278
(256) 357-4800

IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| CHRISTIE A. TURNER )<br>PLAINTIFF )<br>)<br>vs. )<br>)<br>LIFE INVESTORS INSURANCE )<br>COMPANY OF AMERICA )<br>DEFENDANT ) | CASE NO. CV 06-____<br><br>Filed in Office<br><br>MAY 2 3 2006<br><br>KIM S. BENEFIELD<br>Clerk of Circuit Court |

## INTERROGATORIES

Plaintiff Christie A. Turner requests the Defendant answer the following Interrogatories within the time allowed by the Alabama Rules of Civil Procedure.

1. Please state fully and in complete detail each and every reason why you denied the claim submitted by or on behalf of the Plaintiff for payment for the Neulasta.

2. Please described fully, accurately, and in complete detail all investigation, examination, and steps taken by you in arriving at the decision to not pay the claim submitted by or on behalf of the Plaintiff for the Neulasta treatment.

3. If you contend the Plaintiff has breached her obligations with respect to the insurance policy issued by you insuring her, please state fully, accurately, and in complete detail all such breaches by the Plaintiff and the time of such breaches.

4.   Please produce complete copies of any and all documents that you claim support your contention that Neulasta is not covered by the insurance policy of the Plaintiff.

5.   Please state the name, address, and telephone number of any and all persons who have submitted claims for payment for Neulasta treatment.

6.   Please state fully, accurately, and in complete detail what the term "their administration" means in your insurance policy insuring the Plaintiff.

7.   Please state fully, accurately, and in complete detail what administration means in the policy insuring the Plaintiff.

8.   Please state fully, accurately, and in complete detail why you contend that Neulasta is not used in the administration of chemotherapy treatment.

9.   Please state whether the term "administration" is defined in the insurance policy insuring the Plaintiff. If so, please state the definition for "administration" given in the policy.

*[signature]*
Chad Lee, Attorney for Plaintiff
P.O. Box 966
Wedowee, AL 36278
(256) 357-4800

IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

CHRISTIE A. TURNER )
    PLAINTIFF )
)
vs. ) CASE NO. CV 06-____
)
LIFE INVESTORS INSURANCE )
COMPANY OF AMERICA )
    DEFENDANT )

Filed in Office

MAY 3 2005

KIM S. BONFIELD
Clerk of Circuit Court

## REQUESTS FOR PRODUCTION

Plaintiff requests the Defendant to produce the following items within the time allowed by the Alabama Rules of Civil Procedure.

1. Please produce a complete copy of any and all insurance policies insuring Plaintiff Christie A. Turner, including but not limited to policy # 00E897864C

2. Please produce a list by name, address, and policy number of any and all persons insured by you who have submitted claims for payment for Neulasta but which claims were denied by you.

3. Please identify by name, address, and telephone number any person you expect to testify at the trial of this case as an expert witness, state any opinions or conclusions reached by such expert, and state the factual basis for such opinions.

4. Please produce complete copies of any and all documents that you claim support your contention that Neulasta is not covered by the insurance policy of the Plaintiff.

5.  Please produce full and complete copies of any and all claims, bills, invoices, or other correspondence related to Neulasta submitted by or on behalf or for the benefit of the Plaintiff.

6.  Please produce any and all documents, records, notes, data compilations, correspondence or other records that deal with, address, or in any matter pertain to any and all investigations taken by you in making your decision to deny the claims submitted by or on behalf of the Plaintiff for payment for the Neulasta treatment.

7.  Please produce a copy of any and all correspondence received by you or sent by you in response related to your denial or refusal to pay for Neulasta treatment.

_/s/ Chad Lee_
Chad Lee, Attorney for Plaintiff
P.O. Box 966
Wedowee, AL 36278
(256) 357-4800

IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| CHRISTIE A. TURNER )<br>PLAINTIFF )<br>)<br>vs. )<br>)<br>LIFE INVESTORS INSURANCE )<br>COMPANY OF AMERICA )<br>DEFENDANT ) | CASE NO. CV 06-____ |

## REQUESTS FOR ADMISSIONS

Plaintiff requests the Defendant to admit or deny the truth of the following within the time allowed by the Alabama Rules of Civil Procedure.

1. Plaintiff Christie A. Turner, her doctor, hospital, medical provider, or some other person or entity on her behalf has requested Defendant Life Investors Insurance Company of America to pay for Neulasta given to, prescribed to, or used by the Plaintiff.

2. Defendant Life Investors Insurance Company of America has failed and refused to pay for the Neulasta.

3. Neulasta is commonly used in the administration of chemotherapy treatment.

4. Neulasta is commonly prescribed by doctors for patients when they are receiving chemotherapy treatment.

5. The Merriam-Webster online dictionary defines administer as the following:

    a) to met out: dispense

      b) to give ritually

      c) to give remedially (administer a dose of medicine)

6. The Merriam-Webster online dictionary defines administration as the act or process of administering.

7. The term "administration" is not defined in the insurance policy insuring Plaintiff Christie A. Turner.

_/s/ Chad Lee_

Chad Lee, Attorney for Plaintiff
P.O. Box 966
Wedowee, AL  36278
(256) 357-4800