IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRISTIE A. TURNER,            )
                               )
    Plaintiff,                 )
                               )
v.                             )   CIVIL ACTION NO: 3:06cv567
                               )
LIFE INVESTORS INSURANCE       )
COMPANY OF AMERICA,            )
                               )
    Defendant.                 )

## MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY

Defendant, Life Investors Insurance Company of America, files this Motion for Leave to Conduct Limited Discovery to propound Requests for Admissions and Interrogatories to the plaintiff to establish the amount in controversy in order to support removal based upon diversity jurisdiction. In support of this Motion, defendant states as follows:

1. Defendant removed this action to the United States District Court based on diversity jurisdiction pursuant to 28 U.S.C. § 1332. Contemporaneous with its Notice of Removal, defendant is filing this Motion for Leave to serve Requests for Admissions and Interrogatories on the plaintiff regarding the amount of damages being claimed.

2. Plaintiff's Complaint seeks damages based upon allegations of breach of contract and bad faith; however, the amount of damages being sought is not specified.

3. Consequently, defendant should be provided an opportunity to conduct limited discovery through the Requests for Admissions attached hereto as Exhibit "A" concerning the actual amount of monetary damages claimed and sought by plaintiff in order to verify whether the amount in controversy has been met and whether this Court has jurisdiction to hear this case.

4. Allowing the defendant to conduct limited discovery to verify the amount in controversy will more sufficiently administer this case in this Court and will not prejudice any party.

Based on the above cited grounds, defendant respectfully requests this Court allow

defendant limited discovery to serve the attached Requests for Admissions and Interrogatories on the plaintiff and require that the plaintiff serve written answers within thirty (30) days, or any other time period the Court deems reasonable after service.

/s/ Charles D. Stewart
Charles D. Stewart
Attorney for Life Investors Insurance
Company of America

**OF COUNSEL:**

**SPAIN & GILLON, L.L.C.**
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Ph:   (205) 328–4100
Fax:  (205) 324–8866

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record by:

(__) hand delivery;
(__) facsimile transmission;
(__) express mail;
(X) U.S. mail, first class; or
(__) other

and addressed as follows on **June 26, 2006**:

Chad Lee
P.O. Box 966
Wedowee, Alabama 36278


_____
Of Counsel