IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTIE A. TURNER )<br>　　PLAINTIFF )<br>　　　　　　　　　　　　　)<br>vs. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>LIFE INVESTORS INSURANCE )<br>COMPANY OF AMERICA )<br>　　DEFENDANT ) | CASE NO. 3:06CV567 |

## MOTION TO REMAND

Plaintiff Christie A. Turner, in accordance with her response to the Defendant's Requests for Admissions and Interrogatories, moves this court to remand this case to the Circuit Court of Randolph County, Alabama. As grounds for this motion, the Plaintiff submits the following.

1. This Court allowed the Defendant to conduct limited discovery for the purpose of determining if the amount in controversy in this case exceeds $75,000.00, exclusive of interest and cost, required for federal diversity jurisdiction to exist.

2. The Defendant served on the Plaintiff eight (8) Requests for Admissions and Interrogatories that directly address that issue. (Document 2, Exhibit A.)

3. The Plaintiff's responses to those Requests for Admissions and Interrogatories conclusively establish that the amount in controversy in this case does not exceed $75,000.00, exclusive of interest and cost. (Exhibit A attached to this Motion to Remand.)

4. Since the amount in controversy does not exceed $75,000.00, exclusive of interest and cost, there is no diversity jurisdiction. Therefore, there is no federal jurisdiction of the Plaintiff's claims in this case.

WHEREFORE, Plaintiff Christie A. Turner moves this court to remand this case to the Circuit Court of Randolph County, Alabama for trial or other disposition.

*[signature]*
Chad Lee, Attorney for Plaintiff
P.O. Box 966
Wedowee, AL 36278
(256) 357-4800

## CERTIFICATE OF SERVICE

This is to certify that I have served counsel for the opposing party with a copy of this document by depositing in the United States mail, with adequate postage prepaid and properly addressed to him, or by otherwise delivering by hand or facsimile.

Charles D. Stewart
Spain & Gillon, L.L.C.
The Zinser Building
2117 Second Avenue North
Birmingham, Alabama 35203

This the 29th day of July, 2006.

*[signature]*
Chad Lee