IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CHRISTIE A. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv567-MHT |
| ) | |
| LIFE INVESTORS INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the motion to remand (doc. no. 7) is set for submission, without oral argument, on August 18, 2006, with all briefs due by said date.

DONE, this the 8th day of August, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE