IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIE A. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: 3:06-CV-567-B |
| | ) | |
| LIFE INVESTORS INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF THE PARTIES
LIMITING THE AMOUNT IN CONTROVERSY
AND AGREEING TO REMAND**

THIS MATTER having been removed to this Court from the Circuit Court of Randolph County, Alabama by the Defendant Life Investors Insurance Company of America ("Life Investors"); and the Plaintiff Christie A. Turner ("Plaintiff") desiring to have this action remanded to the Circuit Court of Randolph County, Alabama, and being willing to stipulate and agree the amount in controversy in this matter does not exceed Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs; and Life Investors being willing to accept such binding stipulation under the terms set forth below; Plaintiff and Life Investors (collectively, the "Parties") hereby agree and stipulate as follows:

1. The claims and recoverable damages that the Plaintiff has asserted or may hereafter assert in this action against Life Investors or any of its officers, directors, employees, agents, or affiliates, including but not limited to any and all claims made or that could be made arising out of or in any way relating to the policy or policies of insurance issued to Plaintiff by Life Investors, shall not exceed, in the aggregate, the sum of Seventy-

Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2. Plaintiff agrees that she shall not demand or accept any award of damages (including compensatory damages, punitive damages, bad faith damages, attorneys' fees, or any other form of damages or monetary award) in an amount that exceeds $75,000.00, and if Plaintiff is hereafter awarded any amount that exceeds $75,000.00, she shall remit and return to Life Investors that portion of any such award that exceeds $75,000.00.

3. Plaintiff agrees that she shall not at any time amend her pleadings to seek or demand damages or other relief in excess of $75,000.00, exclusive of interest and costs, and Plaintiff will not at any time argue that she is entitled to damages or any other relief (including attorneys' fees) in excess of $75,000.00, exclusive of interest and costs; nor will the Plaintiff offer evidence to that effect, or seek a jury award in excess of $75,000.00, exclusive of interest and costs; nor will she request entry of a judgment in excess of $75,000.00, exclusive of interest and costs.

4. This Joint Stipulation shall be binding upon the Parties and their heirs, successors, assigns, and any other persons seeking to claim under or on their behalf. The Parties hereby consent to the retention of jurisdiction by the U.S. District Court the Middle District of Alabama, Eastern Division, for the enforcement of the terms of this Joint Stipulation, and they further stipulate and agree that should the jurisdiction of this Court be invoked for the purpose of enforcing this Joint Stipulation that the amount in controversy will exceed the sum or value of $75,000.00, exclusive of interest and costs.

SO STIPULATED AND AGREED:

| | |
|---|---|
| ON BEHALF OF PLAINTIFF<br>CHRISTIE T. TURNER | ON BEHALF OF DEFENDANT LIFE INVESTORS  INSURANCE  COMPANY OF AMERICA |

/s/ Chad Lee
Chad Lee
Attorney for Plaintiff
P.O. Box 966
Wedowee, Alabama 36278
chadleelawyer@yahoo.com
chadleelawyer@aol.com

 /s/ *Charles D. Stewart*
Charles D. Stewart (ASB 0303-S-77E)
Attorney for Defendans
Live Investors Insurance Company
of America
S‌PAIN & G‌ILLON, L.L.C.
2117 Second Avenue North
Birmingham, Alabama 35203
cds@spain-gillon.com