**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **CHRISTIE A. TURNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO: 3:06-CV-567-MHT** |
| ) | **(WO)** |
| **LIFE INVESTORS INSURANCE** ) | |
| **COMPANY OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

**AGREED ORDER LIMITING AMOUNT IN
CONTROVERSY AND REMANDING ACTION**

THIS MATTER having come before the Court upon the removal of this matter from the Circuit Court of Randolph County, Alabama by Defendant Life Investors Insurance Company of America ("Life Investors"); and the Plaintiff Christie A. Turner ("Plaintiff') having since stipulated and agreed to seek an amount in controversy of less than the jurisdictional minimum of this Court under 28 U.S.C. § 1332(a); and the Court having reviewed and considered the Joint Stipulation of the Parties Limiting the Amount in Controversy and Agreeing to Remand, and being otherwise advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. The recoverable damages that the Plaintiff may recover, if any, for claims that Plaintiff asserts or may in the future assert against Life Investors, including but not limited to any and all claims made or that could be made arising out of or in any way related to policies of insurance issued by Life Investors to the Plaintiff, shall not exceed, in the aggregate, the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2. The Court accepts the Plaintiff's irrevocable stipulation that she shall not demand nor accept any award of damages (including compensatory damages, punitive damages, attorneys' fees, or any other form of damages or monetary award) in an amount that exceeds $75,000.00, and

the Court orders that, should Plaintiff hereafter be awarded any amount that exceeds $75,000.00, Plaintiff shall remit and return to Life Investors that portion of any such award that exceeds $75,000.00.

3. Plaintiff shall not at any time amend or move for leave to amend her pleadings to seek or demand damages or other relief in excess of $75,000.00, exclusive of interest and costs. Plaintiff will not at any time argue that she is entitled to damages or any other relief (including attorneys' fees) in excess of $75,000.00, exclusive of interest and costs; nor will she offer evidence to that effect, or seek a jury award in excess of $75,000.00, exclusive of interest and costs; nor will she request entry of a judgment in excess of $75,000.00, exclusive of interest and costs.

4. This Order reflects the joint stipulation of the parties and shall be binding upon the Plaintiff and her heirs, successors, assigns, and any other persons seeking to claim under or on behalf of the Plaintiff. This Court retains jurisdiction to enforce the terms of this Order, and to the extent this Order is hereafter violated, the parties acknowledge that the amount in controversy will exceed the sum or value of $75,000.00, exclusive of interest and costs.

5. In light of the joint stipulation of the parties, the motion to remand (Doc. No. 7) is granted and this case is remanded to the Circuit Court of Randolph County for further proceedings consistent with the terms of this Order.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

SO ORDERED AND ADJUDGED, this the 17th day of August, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

Submitted And Agreed By:

/s/ Chad Lee
Chad Lee
Attorney for Plaintiff
P.O. Box 966
Wedowee, Alabama 36278
chadleelawyer@yahoo.com
chadleelawyer@aol.com

/s/ Charles D. Stewart
Charles D. Stewart (ASB 0303-S-77E)
Attorney for Defendants
Live Investors Insurance Company
of America
SPAIN & GILLON, L.L.C.
2117 Second Avenue North
Birmingham, Alabama 35203
cds@spain-gillon.com